*Barron* for petitioner. *Solicitor General Perlman* filed a memorandum suggesting that certiorari be granted. ▪

No. 5, Misc. STROBLE *v.* CALIFORNIA. Supreme Court of California. Certiorari granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Assistant Attorney General, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 16, Misc. DICE *v.* AKRON, CANTON & YOUNGSTOWN RAILROAD Co. Supreme Court of Ohio. Certiorari granted. *Rice A. Hershey* and *Frederic O. Hatch* for petitioner. *Cletus G. Roetzel* for respondent. ▪

No. 29, Misc. SHERMAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari granted. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 15, Misc. FAR EAST CONFERENCE ET AL. *v.* UNITED STATES ET AL. United States District Court for the District of New Jersey. Motion for leave to file petition for writ of certiorari granted. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *John Milton* and *Elkan Turk* for the Far East Conference et al.; and *Josiah Stryker* for the Isthmian Steamship Co., petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Charles H. Weston* and *J. Roger Wollenberg* for the United States; and *Francis S. Walker* for the Federal Maritime Board, respondents.